Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Regina M. Florence and William E. Florence III*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Regina M. Florence and William E. Florence III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Resurgent Capital Services, LP,<br><br>Defendant. | Case No.: 2:16-cv-00514-RFB-GWF<br><br>**Stipulation of Dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Regina M. Florence and William E. Florence III ("Plaintiffs") and Defendant Resurgent Capital Services, LP ("Defendant") stipulate to dismiss Plaintiffs' individual claims, with prejudice, and class claims, without prejudice, against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of April 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89619
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 12, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 11, 2017, the foregoing Stipulation was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117